IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Paul M. Ruda, | ) | Case No. 17-21573 CMB |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Paul M. Ruda, | ) | Related to Document No. 22 |
| Social Security No. XXX-XX-5116 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Port Authority of Allegheny County and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on May 15, 2017, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Port Authority of Allegheny County
Attn: Payroll Dept.
345 Sixth Avenue
Pittsburgh, PA 15222

Date of Service:    May 15, 2017    /s/ Kenneth Steidl
                                                           Kenneth Steidl, Esquire
                                                           STEIDL & STEINBERG
                                                           28th Floor, Gulf Tower
                                                           707 Grant Street
                                                           Pittsburgh, PA 15219
                                                           (412) 391-8000
                                                           ken.steidl@steidl-steinberg.com