**Form 237**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Paul M. Ruda** | : | Case No. 17−21573−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| PNC BANK N.A. | : | |
| *Movant,* | : | |
| | : | Related to Claim No. NA |
| | : | |
| v. | : | |
| Paul M. Ruda | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

### ORDER

    **AND NOW**, this **23rd day of May, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *PNC BANK N.A.* at Claim No. NA in the above−captioned bankruptcy case,

    It is hereby *ORDERED* that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)   an *AMENDED CHAPTER 13 PLAN;*

    (2)   a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)   an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-21573-CMB
Paul M. Ruda                                                    Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala            Page 1 of 1          Date Rcvd: May 23, 2017
                             Form ID: 237           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2017.
db             +Paul M. Ruda,    112 Meadow Court,    Pittsburgh, PA 15229-2164
cr             +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Kenneth  Steidl    on behalf of Debtor Paul M. Ruda julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                  TOTAL: 4