MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
7/6/17 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: Ruda _____ JAD/TPA/CMB/GLT

Case Number: 17-21573

Date of Meeting: 6/26/17                    Recording # 2
Debtor(s) present ✓ or Not Present ___ (__ No Payments Made or ✓ partial payments)
Attorney for debtor(s) Steidl _____ (Present ✓ or Not Present ___)
Date of Plan at § 341: ✓ 5-1-17   Applicable commitment period ___3 yrs ✓ 5 yrs

___✓___ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD            _____ Order to Show Cause Requested
                                    _____ To be rescheduled by Clerk

_____ Confirmation Order recommended  _____ Final  _____ Interim
___✓___ Amended Plan due: 7-15-17 ; Objections due: 8-3-17

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___✓___ Continued to:
        _____ 341 Meeting  OR  ✓ _____ Conciliation Conf. OR __ *Contested Hearing
        On 8-24-17 _____ at 10:30 am/pm Location 3251 US Steel

_____
Chapter 13 Trustee/Attorney for Trustee