IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  17-21573-CMB |
| | ) | Chapter 13 |
| PAUL M. RUDA, | ) | Docket No. |
| *Debtor* | ) | |
| | ) | |
| PAUL M. RUDA, | ) | Conciliation: 8/24/2017 at 10:30AM |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NISSAN, AMERICAN HONDA FINANCE, | ) | |
| ROSS TOWNSHIP, | ) | |
| OFFICE OF THE U.S. TRUSTEE, | ) | |
| RONDA J. WINNECOUR, ESQ., TRUSTEE | ) | |
| *Respondents* | ) | |

## **CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED JULY 17, 2017**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on <u>July 17, 2017.</u>

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  <u>First Class U.S. Mail</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."
EXECUTED ON:

Attached Mailing Matrix

                      By: <u>/s/ Kenneth Steidl</u>
                          Kenneth Steidl, Esquire
                          Attorney for the Debtor(s)
                          STEIDL & STEINBERG, P.C.
                          Suite 2830 - Gulf Tower
                          707 Grant Street
                          Pittsburgh, PA  15219
                          (412) 391-8000
                          P.A.I.D. No. 34965
                          ken.steidl@steidl-steinberg.com

**PAWB Local Form 7 (07/13)**

```
Label Matrix for local noticing      Ally Financial                         American Water
0315-2                                PO Box 380901                         PO Box 578
Case 17-22116-TPA                     Bloomington, MN 55438-0901            Alton, IL 62002-0578
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Mon Jul 17 11:52:32 EDT 2017

Peter J. Ashcroft                     Borough of Carnegie                   Borough of Carnegie
Bernstein-Burkley, P.C.               Goehring, Rutter, and Boehm           Goehring, Rutter & Boehm
Suite 2200, Gulf Tower                437 Grant Street, 14th Floor          c/o Jeffrey R. Hunt, Esquire
Pittsburgh, PA 15219-1900             Frick Building                        437 Grant Street, 14th Floor
                                      Pittsburgh, PA 15219-6101             Frick Building
                                                                            Pittsburgh, PA 15219-6101

Borough of Carnegie                   Carlynton School District             Citizens Bank
c/o Jordan Tax Service Inc.           c/o Andrews & Price                   One Citizens Plaza
102 Rahway Road                       1500 Ardmore Boulevard, Suite 506     Providence, RI 02903-1339
McMurray, PA 15317-3349               Pittsburgh, PA 15221-4468


Citizens Bank                         Citizens Bank N.A.                    Clark & Company Pathology
PO Box 42010                          1 Citizens Drive Mailstop ROP15B      5700 Southwyck Blvd.
Providence, RI 02940-2010             Riverside, RI 02915-3019              Toledo, OH 43614-1509


Commonwealth of Pennsylvania          County of Allegheny                   County of Allegheny
Office of Attorney General            Goehring, Rutter, and Boehm           Goehring, Rutter & Boehm
Collections Unit                      437 Grant Street, 14th Floor          c/o Jeffrey R. Hunt, Esquire
14th Floor, Strawberrry Square        Frick Building                        437 Grant Street, 14th Floor
Harrisburg, PA 17120-0001             Pittsburgh, PA 15219-6101             Frick Building
                                                                            Pittsburgh, PA 15219-6101

County of Allegheny                   Duquesne Light Company                Jeffrey R. Hunt
c/o John K. Weinstein                 411 Seventh Avenue                    Goehring, Rutter & Boehm
PO Box 643385                         Pittsburgh, PA 15219-1942             437 Grant Street
Pittsburgh, PA 15264-3385                                                   14th Floor
                                                                            Pittsburgh, PA 15219-6107

Jordan Tax Service                    Kohl's                                Christopher A. Mangum
PO Box 200                            P. O. Box 2983                        100 Roberta Drive
Bethel Park, PA 15102-0200            Milwaukee, WI 53201-2983              Carnegie, PA 15106-1839


Office of the United States Trustee   PNC Bank                              PRA Receivables Management, LLC
Liberty Center.                       2730 Liberty Avenue                   PO Box 41021
1001 Liberty Avenue, Suite 970        Pittsburgh, PA 15222-4747             Norfolk, VA 23541-1021
Pittsburgh, PA 15222-3721


Pennsylvania American Water           Pennsylvania Dept. of Revenue         Peter Ashcroft, Esq.
P.O. Box 371412                       Department 280946                     Bernstein-Burkley, P.C.
Pittsburgh, PA 15250-7412             P.O. Box 280946                       707 Grant Street, Suite 2200
                                      ATTN: BANKRUPTCY DIVISION             Gulf Tower
                                      Harrisburg, PA 17128-0946             Pittsburgh, PA 15219-1945

Preferred  Primary Care Physicians    Preferred Primary Care Physicians Inc South Hills radiology
PO Box 105138                         1135 Situs Court, Ste 350             PO Box 3425
Atlanta, GA 30348-5138                Raleigh, NC 27606                     Pittsburgh, PA 15230-3415
```

| | | |
|---|---|---|
| St. Clair Hospital<br>P. O. Box 640831<br>Pittsburgh, PA 15264-0831 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Synchrony Bank / Care Credit<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| The Bureau Inc.<br>650 Dundee Road<br>Suite 370<br>Northbrook, IL 60062-2757 | The Othropaedic Group<br>800 Plaza Drive<br>Suite 240<br>Belle Vernon, PA 15012-4033 | Toyota Financial Services<br>P.O. Box 4102<br>Carol Stream, IL 60197-4102 |
| Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | UPMC<br>P.O. Box 382059<br>Pittsburgh, PA 15251-8059 | Verizon Pennsylvania<br>500 Technology Drive<br>Saint Charles, MO 63304-2225 |
| Victoria's Secret<br>PO Box 659728<br>San Antonio, TX 78265-9728 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Duquesne Light Company | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (u)Toyota Lease Trust |

End of Label Matrix
Mailable recipients     41
Bypassed recipients      3
Total                   44