IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| PAUL M. RUDA, ) | Bankruptcy No. 17-21573-CMB |
| **Debtor** ) | |
| ) | Chapter 13 |
| AMERICAN HONDA FINANCE ) | |
| CORPORATION d/b/a ACURA FINANCIAL ) | Related To Document No. 56 |
| SERVICES, ADMINISTRATOR FOR ) | |
| HONDA LEASE TRUST, ) | |
| **Movant** ) | |
| v. ) | |
| ) | |
| PAUL M. RUDA ) | |
| PATRICIA JEAN RUDA, ) | |
| **Respondent(s)** ) | |

RONDA J. WINNECOUR,
      **Trustee**

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY

TO THE RESPONDENT(S):
    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than July 30, 2018, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

    You should take this to your lawyer at once.

    A hearing will be held on **August 15, 2018 at 10:00 a.m**. before Judge Carlota M. Bohm in Court Room B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: 7/13/18

/s/ William E. Craig
William E. Craig, Esquire
PA ID # 92329
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com
Attorneys for Movant