IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| PAUL M. RUDA, | ) Bankruptcy No. 17-21573-CMB |
| **Debtor** | ) |
| | ) Chapter 13 |
| AMERICAN HONDA FINANCE | ) |
| CORPORATION d/b/a ACURA FINANCIAL | ) Related To Document No. 56 and 57 |
| SERVICES, ADMINISTRATOR FOR | ) |
| HONDA LEASE TRUST, | ) |
| **Movant** | ) **Response Deadline: 7/30/18** |
| v. | ) |
| | ) **Hearing Date: 8/15/18 at 10:00 AM** |
| PAUL M. RUDA | ) |
| PATRICIA JEAN RUDA, | ) |
| **Respondent(s)** | ) |
| | ) |
| RONDA J. WINNECOUR, | ) |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on July 13, 2018 I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay And Co-Debtor Relief filed in this proceeding on:

| | | |
|---|---|---|
| Paul M. Ruda | Patricia J. Ruda | Kenneth Steidl, Esq. |
| 112 Meadow Court | 112 Meadow Court | Steidl & Steinberg |
| Pittsburgh, PA 15229 | Pittsburgh, PA 15229 | Suite 2830 Gulf Tower |
| (Debtor) | (Co- Debtor) | 707 Grant Street |
| | | Pittsburgh, PA 15219 |
| | | (Attorney For Debtor) |
| | Ronda J. Winnecour | Office of the United States Trustee |
| | Suite 3250, USX Tower | Liberty Center |
| | 600 Grant Street | 1001 Liberty Avenue, Suite 970 |
| | Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| | (Trustee) | (U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
PA ID # 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
bcraig@mortoncraig.com
(856) 866-0100