IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) <br> PAUL M. RUDA, ) <br> **Debtor** ) <br> ) <br> AMERICAN HONDA FINANCE ) <br> CORPORATION d/b/a ACURA FINANCIAL ) <br> SERVICES, ADMINISTRATOR FOR ) <br> HONDA LEASE TRUST, ) <br> **Movant** ) <br> v. ) <br> ) <br> PAUL M. RUDA ) <br> PATRICIA JEAN RUDA, ) <br> **Respondent(s)** ) <br> ) <br> RONDA J. WINNECOUR, ) <br> **Trustee** | Bankruptcy No. 17-21573-CMB <br><br> Chapter 13 <br><br> Related To Document No. 56 <br><br> **Response Deadline:  7/30/18** <br><br> **Hearing Date:  8/15/18 at 10:00 AM** <br><br> **ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, this ___6th___ day of ___August___, 2018, it is hereby **ORDERED** that the Motion For Relief From The Automatic Stay And Co-Debtor Stay is GRANTED.

Movant American Honda Finance Corporation is permitted to enforce its rights in the property described as a **2016 Acura ILX** bearing vehicle identification number 19UDE2F85GA001257, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but 2016 Acura ILX bearing vehicle identification number 19UDE2F85GA001257not limited to repossession of said property.

_Carlota M. Böhm_
UNITED STATES BANKRUPTCY JUDGE

FILED
8/6/18 8:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-21573-CMB
Paul M. Ruda                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric             Page 1 of 1             Date Rcvd: Aug 06, 2018
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2018.
db              +Paul M. Ruda,    112 Meadow Court,    Pittsburgh, PA 15229-2164

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Ross Township jhunt@grblaw.com,    cnoroski@grblaw.com
              Kenneth   Steidl    on behalf of Debtor Paul M. Ruda julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation, d/b/a Acura
               Financial Services, administrator for Honda Lease Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6