UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
(Pittsburgh)

| | | | |
|---|---|---|---|
| IN RE: | Paul M. Ruda | Case No. | 17-21573 |
| | | Judge | CMB |
| | | Chapter | 13 |

**CERTIFICATE OF SERVICE**

I, the undersigned, PNC Bank, N.A., hereby certify that on the April 22, 2019, a true and correct copy of the Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

| | |
|---|---|
| Debtor: | Paul M. Ruda |
| Debtor Attorney: | Kenneth Steidl |
| Trustee: | Ronda J. Winnecour |

Further, I certify that on the April 22, 2019, a true and correct copy of the Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:

| | |
|---|---|
| Debtor Address: | 112 Meadow Court, Pittsburgh, PA 15229 |
| Attorney Address: | Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219 |
| Trustee Address: | Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219 |
| Judge's Initials: | CMB |

By: /s/ Michelle Presley

Michelle Presley
PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101-0570

1-866-622-2657 Ext.