IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Paul M. Ruda, | ) | Bankruptcy No. 17-21573 CMB |
| | ) | Chapter 13 |
| Debtor | ) | Related to Claim No. 7 |
| | ) | |
| PNC Bank, N.A., | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Paul M. Ruda, | ) | |
| | | |
| Respondent | | |

## DECLARATION THAT NO AMENDED PLAN IS NECESSARY

AND NOW, comes the debtor, Paul M. Ruda, by and through his attorney Kenneth Steidl and Steidl and Steinberg, and respectfully represents as follows:

1. Debtor's attorney has been notified that the monthly mortgage payment is now $249.11.

2. The Plan is adequately funded and no amended Plan is necessary in this case. The new post-petition monthly mortgage payment payable to PNC Bank, N.A. in the sum of $249.11 effective December 15, 2019 per the Notice of Mortgage Payment Change dated December 20, 2019.

Respectfully submitted,

February 13, 2020
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965