**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/15/2020

IN RE:

PAUL M. RUDA
112 MEADOW COURT
PITTSBURGH, PA 15229
XXX-XX-5116        Debtor(s)

Case No. 17-21573 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/15/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE/PRAE |
| **ACURA FINANCIAL SERVICES**<br>PO BOX 168088<br>IRVING, TX 75016-8088 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 2 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0239 | CLAIM: 3,764.10<br>COMMENT: SURR/CONF~PRIOR RATIFIED*RS/OE*15MOS REMX250.94=3764.10*/SCH G*DFNCY |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLE, FL 33146 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 10-2 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8131 | CLAIM: 0.00<br>COMMENT: CL10-2GOV* 1497.95@CHASE/PL*PMT/DECL*DKT4PMT-LMT*1ST*BGN 5/17*FR BAY |
| **NISSAN MOTOR ACCEPTANCE CORP**<br>POB 660366<br>DALLAS, TX 75266-0366 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3134 | CLAIM: 0.00<br>COMMENT: PD OUTSIDE/PL*CL=3845.66 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 7 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7317 | CLAIM: 0.00<br>COMMENT: 7500257317*CL7GOVW/PMT CHANGES/CONF*PMT/DECL*226.12/PL*DK4LMT*$0ARR |
| **CAVALRY SPV I LLC - ASSIGNEE****<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br>TUSCON, AZ 85715 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8455 | CLAIM: 5,694.68<br>COMMENT: CAPITAL ONE |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5556 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0135 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4544 | CLAIM: 560.23<br>COMMENT: KOHLS |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6788 | CLAIM: 4,828.94<br>COMMENT: 4717/SCH |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 992.13<br>COMMENT: THE HOME DEPOT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7809 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MICHAEL RUDA~ND ADR/SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PATRICIA RUDA~ND ADR/SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ROSS TOWNSHIP SANITARY SEWER AUTHORIT**<br>C/O JORDAN TAX SVC - CUR-DLNQ CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM: 0.00<br>COMMENT: 279P7*NT PROV/PL*AMD CL=$0*DKT | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 79P7 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 78.00<br>COMMENT: NT/SCH*CITIBANK~SUNOCO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5909 |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLE, FL 33146 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 10-2<br>CLAIM: 2,580.14<br>COMMENT: CL10-2GOV*$0ARRS/PL*1ST*5350/SCH-PL*THRU 4/17*FR BAYVIEW-D98*AMD | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8131 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAMS CLUB/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 1822 |
| **WILLIAM CRAIG ESQ**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br>MOORESTOWN, NJ 08057 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AMERICAN HONDA FNNC D/B/A ACURA FNNCL SVCS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ACURA FINANCIAL SERVICES**<br>PO BOX 168088<br>IRVING, TX 75016-8088 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 2-2<br>CLAIM: 149.63<br>COMMENT: LEASE DEFICIENCY*AMD*W/2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0239 |
| **ALDRIDGE PITE LLP**<br>15 PIEDMONT CENTER<br>3575 PIEDMONT RD NE STE 500<br>ATLANTA, GA 30305 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /POA COMMUNITY LOAN | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |