**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Paul M. Ruda**
   Debtor(s)

Bankruptcy Case No.: 17–21573–CMB

Chapter: 13
Docket No.: 106 – 105
Concil. Conf.: May 6, 2021 at 09:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ___23rd___ day of _____March_____, _2021_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class Mail

on the respondent(s) at (list names and addresses here):

-All parties listed on the attached mailing matrix-

Executed on ___3/23/21_____ ___/s/ Kenneth Steidl_____
                      (Date)                                 (Signature)

 Kenneth Steidl, 2830 Gulf Tower, Pittsburgh, PA 15219_____
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-21573-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Mar 24 08:40:08 EDT 2021 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | American Honda Finance Corporation, d/b/a Ac<br>3625 W. Royal Lane #200<br>Irving, TX 75063-2912 |
| Bayview Loan Servicing, LLC<br>4425 Ponce de Leon Blvd., 5th Floor<br>Coral Gables, FL 33146-1873 | Capital One / Union Plus Mastercard<br>PO Box 71104<br>Charlotte, NC 28272-1104 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Cavalry SPV I, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Community Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gables   FL 33146-1873 |
| William E. Craig<br>Morton and Craig LLC<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057-3125 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201-2983 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Nissan<br>POB 660366<br>Dallas, TX  75266-0366 | (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Ross Township<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Ross Township<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Paul M. Ruda<br>112 Meadow Court<br>Pittsburgh, PA 15229-2164 |
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | The Home Depot<br>c/o Home Depot Credit Services<br>PO Box 790328<br>Saint Louis, MO 63179-0328 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Acura Financial Services<br>P.O. Box 65507<br>Wilmington, DE 19808-0507 | (d)American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Chase Bank<br>PO Box 15123<br>Wilmington, DE 19850-5123 |
| (d)Chase Bank<br>c/o Cardmember services<br>PO Box 15123<br>Wilmington, DE 19850-5123 | (d)Chase Mortgage Corporation<br>P. O. Box 24696<br>Columbus, OH 43224-0696 | Nissan Motor Acceptance<br>PO Box 371447<br>Pittsburgh, PA 15250 |
| PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | (d)PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | (d)PNC Bank<br>PO Box 3180<br>Pittsburgh, PA 15230 |
| (d)PNC Bank, N.A.<br>PO BOX 94982<br>Cleveland, OH 44101-0570 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BAYVIEW LOAN SERVICING, LLC | (u)Community Loan Servicing, LLC | (u)JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |

| | |
|---|---|
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    26<br>Bypassed recipients     4<br>Total                  30 |