IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Paul M. Ruda | ) | Case No. 17-21573 CMB |
|     Debtor | ) | Chapter 13 |
| | ) | Document No.   126 |
| Steidl and Steinberg, P.C. | ) | |
|     Applicant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     Respondents | ) | |

**CONSENT ORDER OF COURT**

AND NOW, to-wit this __3rd__ day of __September__, 2021, it is hereby ORDERED, ADJUDGED and DECREED that:

1) Final Compensation is approved in the additional amount of $12,100.00 for work performed in the Chapter 13 case by Debtor's counsel from March 14, 2017, to September 1, 2021 for work totaling 66.80 hours breaking down as such:

   a. Kenneth Steidl, Partner-29.2 hours @ $350.00/hour =        $ 10,220.00
   b. Julie Frazee Steidl, Partner- 0.6 hours @ $350.00/hour=    $ 210.00
   c. Abagale E. Steidl, Associate- 1.2 hours @ $250.00/hour=    $ 300.00
   d. Paralegal- 35.8 hours @ $150.00/hour=                      $ 5,370.00

2) The Debtor paid his counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing.  Expenses reimbursement of $0.00 is being requested here.

3) While the actual time and expense incurred totals fees of $16,100 including the $4,000.00 "no look fee", in light of the debtor's circumstances, the funds paid by the trustee will total $5,000, which is composed of:

   a. $3,900.00 paid as part of the remaining "no look fee",

   b. $600.00 approved by the confirmed amended plan dated August 20, 2018

   c. $500.00 from the funds the trustee is holding

4) A retainer of $100.00 was paid directly by the Debtor prior to filing and is not included in the calculations shown in part 3.

5) This proposed Order shall be served on the case mailing matrix with objections to be filed within 14 days.

*Carlota M. Böhm* dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
9/3/21 11:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Ronda Winnecour
Ronda Winnecour, Trustee
Chapter 13 Trustee

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21573-CMB |
| Paul M. Ruda | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Sep 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul M. Ruda, 112 Meadow Court, Pittsburgh, PA 15229-2164 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 05, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Ross Township jhunt@grblaw.com cnoroski@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Paul M. Ruda julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |

District/off: 0315-2      User: dric      Page 2 of 2

Date Rcvd: Sep 03, 2021      Form ID: pdf900      Total Noticed: 1

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

William E. Craig
on behalf of Creditor American Honda Finance Corporation d/b/a Acura Financial Services, administrator for Honda Lease Trust
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 8