IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 17-21573 CMB |
| ) | Chapter 13 |
| Paul M. Ruda, ) | |
|    *Debtor* ) | Related to Docket No. 127 |
| ) | |
| Steidl and Steinberg, P.C. ) | |
|    *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Trustee, ) | |
|    *Respondent* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 7, 2021, a true and correct copy of the *Consent Order of Court dated September 3, 2021* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

**Served by ECF:** Ronda J. Winnecour, Trustee
**Served by ECF:** Office of the United States Trustee

Date of Service: September 8, 2021    /s/ Kenneth Steidl
                                                                                                           Kenneth Steidl, Esquire
                                                                                                            Attorney for the Debtors

                                                                                                            STEIDL & STEINBERG
                                                                                                             Suite 2830, Gulf Tower
                                                                                                             707 Grant Street
                                                                                                             Pittsburgh, PA 15219
                                                                                                             (412) 391-8000
                                                                                                             ken.steidl@steidl-steinberg.com
                                                                                                             PA I.D. No. 34965

```
Label Matrix for local noticing          (p)AMERICAN HONDA FINANCE                American Honda Finance Corporation, d/b/a Ac
0315-2                                    P O BOX 168088                           3625 W. Royal Lane #200
Case 17-21573-CMB                         IRVING TX 75016-8088                     Irving, TX 75063-2912
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Sep  8 10:51:06 EDT 2021

Bayview Loan Servicing, LLC               Capital One / Union Plus Mastercard      Capital One, N.A.
4425 Ponce de Leon Blvd., 5th Floor       PO Box 71104                             c/o Becket and Lee LLP
Coral Gables, FL 33146-1873               Charlotte, NC 28272-1104                 PO Box 3001
                                                                                   Malvern PA 19355-0701


Cavalry SPV I, LLC                        (p)JPMORGAN CHASE BANK  N A              Community Loan Servicing, LLC
c/o Bass & Associates, P.C.               BANKRUPTCY MAIL INTAKE TEAM              4425 Ponce De Leon Blvd., 5th Floor
3936 E. Ft. Lowell Rd., Suite 200         700 KANSAS LANE FLOOR 01                 Coral Gables   FL 33146-1873
Tucson, AZ 85712-1083                     MONROE LA 71203-4774


William E. Craig                          Jeffrey R. Hunt                          Kohl's
Morton and Craig LLC                      Goehring, Rutter & Boehm                 PO Box 2983
110 Marter Avenue                         437 Grant Street                         Milwaukee, WI 53201-2983
Suite 301                                 14th Floor
Moorestown, NJ 08057-3125                 Pittsburgh, PA 15219-6107


Brian Nicholas                            Nissan                                   (p)NISSAN MOTOR ACCEPTANCE CORPORATION
KML Law Group, P.C.                       POB 660366                               LOSS RECOVERY
701 Market Street                         Dallas, TX  75266-0366                   PO BOX 660366
Suite 5000                                                                         DALLAS TX 75266-0366
Philadelphia, PA 19106-1541


Office of the United States Trustee       (p)PNC BANK RETAIL LENDING               PRA Receivables Management, LLC
Liberty Center.                           P O BOX 94982                            PO Box 41021
1001 Liberty Avenue, Suite 970            CLEVELAND OH 44101-4982                  Norfolk, VA 23541-1021
Pittsburgh, PA 15222-3721


Pennsylvania Department of Revenue        Pennsylvania Dept. of Revenue            (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Bankruptcy Division                       Department 280946                        PO BOX 41067
P.O. Box 280946                           P.O. Box 280946                          NORFOLK VA 23541-1067
Harrisburg, PA 17128-0946                 ATTN: BANKRUPTCY DIVISION
                                          Harrisburg, PA 17128-0946


Ross Township                             Ross Township                            Paul M. Ruda
Goehring, Rutter, and Boehm               Goehring, Rutter & Boehm                 112 Meadow Court
437 Grant Street, 14th Floor              c/o Jeffrey R. Hunt, Esquire             Pittsburgh, PA 15229-2164
Frick Building                            437 Grant Street, 14th Floor
Frick Building                            Frick Building
Pittsburgh, PA 15219-6101                 Pittsburgh, PA 15219-6101

Kenneth Steidl                            The Home Depot                           Ronda J. Winnecour
Steidl & Steinberg                        c/o Home Depot Credit Services           Suite 3250, USX Tower
Suite 2830 Gulf Tower                     PO Box 790328                            600 Grant Street
707 Grant Street                          Saint Louis, MO 63179-0328               Pittsburgh, PA 15219-2702
Pittsburgh, PA 15219-1908
```

                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Acura Financial Services<br>P.O. Box 65507<br>Wilmington, DE 19808-0507 | (d)American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Chase Bank<br>PO Box 15123<br>Wilmington, DE 19850-5123 |
| (d)Chase Bank<br>c/o Cardmember services<br>PO Box 15123<br>Wilmington, DE 19850-5123 | (d)Chase Mortgage Corporation<br>P. O. Box 24696<br>Columbus, OH 43224-0696 | Nissan Motor Acceptance<br>PO Box 371447<br>Pittsburgh, PA 15250 |
| PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | (d)PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | (d)PNC Bank<br>PO Box 3180<br>Pittsburgh, PA 15230 |
| (d)PNC Bank, N.A.<br>PO BOX 94982<br>Cleveland, OH 44101-0570 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BAYVIEW LOAN SERVICING, LLC | (u)Community Loan Servicing, LLC | (u)JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |

| | |
|---|---|
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients   26<br>Bypassed recipients    4<br>Total                 30 |