**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   PAUL M. RUDA<br><br>        Debtor(s)<br><br>   Ronda J. Winnecour<br>        Movant<br>        vs.<br>   No Repondents. | Case No.:17-21573<br><br>Chapter 13<br><br>Document No.:  133<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this ___29th___ day of ___December___, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*Carlota M. Böhm* dmr

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
12/29/21 12:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Paul M. Ruda  
    Debtor

Case No. 17-21573-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 3  
Date Rcvd: Dec 29, 2021      Form ID: pdf900      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul M. Ruda, 112 Meadow Court, Pittsburgh, PA 15229-2164 |
| cr | + | American Honda Finance Corporation, d/b/a Acura Fi, 3625 W. Royal Lane #200, Irving, TX 75063-2912 |
| cr | + | Ross Township, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14404673 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, Acura Financial Services, P.O. Box 65507, Wilmington, DE 19808-0507 |
| 14665121 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14404677 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Motor Acceptance, PO Box 371447, Pittsburgh, PA 15250 |
| 14407083 | | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 14648046 | + | Ross Township, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 29 2021 23:14:00 | Ross Township, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14416672 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 29 2021 23:14:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14699234 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 29 2021 23:14:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 14420863 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2021 23:24:26 | Capital One / Union Plus Mastercard, PO Box 71104, Charlotte, NC 28272-1104 |
| 14665121 | | Email/PDF: bncnotices@becket-lee.com | Dec 29 2021 23:24:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14664361 | + | Email/Text: bnc@bass-associates.com | Dec 29 2021 23:14:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 15301522 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 29 2021 23:14:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 14404675 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 29 2021 23:24:21 | Chase Bank, PO Box 15123, Wilmington, DE 19850-5123 |
| 14404674 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 29 2021 23:24:21 | Chase Bank, c/o Cardmember services, PO Box 15123, Wilmington, DE 19850-5123 |
| 14404676 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 29 2021 23:24:26 | Chase Mortgage Corporation, P. O. Box 24696, Columbus, OH 43224-0696 |
| 14420867 | | Email/Text: PBNCNotifications@peritusservices.com | | |

Case 17-21573-CMB    Doc 142    Filed 12/31/21    Entered 01/01/22 00:25:30    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2021 | Form ID: pdf900 | Total Noticed: 23 |

| Recip ID | Bypass Info | Date/Time | Name and Address |
|---|---|---|---|
| 14404678 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 29 2021 23:14:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14420870 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 29 2021 23:14:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14678399 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 29 2021 23:14:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| | | Dec 29 2021 23:14:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 14697975 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2021 23:24:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14739457 | + Email/PDF: rmscedi@recoverycorp.com | Dec 29 2021 23:24:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14648046 | + Email/Text: ebnjts@grblaw.com | Dec 29 2021 23:14:00 | Ross Township, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14404679 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2021 23:24:23 | The Home Depot, c/o Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14420861 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Acura Financial Services, P.O. Box 65507, Wilmington, DE 19808-0507 |
| 14420862 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, Acura Financial Services, P.O. Box 65507, Wilmington, DE 19808-0507 |
| 14420865 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, PO Box 15123, Wilmington, DE 19850-5123 |
| 14420864 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, c/o Cardmember services, PO Box 15123, Wilmington, DE 19850-5123 |
| 14420866 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mortgage Corporation, P. O. Box 24696, Columbus, OH 43224-0696 |
| 14420868 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan Motor Acceptance, PO Box 371447, Pittsburgh, PA 15250 |
| 14420869 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14420871 | *+ | The Home Depot, c/o Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |

TOTAL: 3 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2021          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Ross Township jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Paul M. Ruda julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor American Honda Finance Corporation d/b/a Acura Financial Services, administrator for Honda Lease Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8